IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANA O'DELL, Individually and on**                                               **PLAINTIFF**
**Behalf of All Others Similarly Situated**

**v.**                      **Case No. 4:21-CV-00260-LPR**

**QUALSCRIPT, LLC, GAYLE FAGGETTI,**
**and PAT MCCARVER**                                                         **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Defendants on all claims.

IT IS SO ADJUDGED this 28th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE