```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF ARKANSAS
 2                       CENTRAL DIVISION
 3
 4   JANA O'DELL                                    PLAINTIFF
 5
 6   V              CASE NO. 4:21-CV-260-LPR
 7
 8   QUALSCRIPT, LLC, et al.                       DEFENDANTS
 9
10
11   _____
12               NONAPPEARANCE VIA ZOOM OF
13                     JANA O'DELL
14
               February 15, 2022, at 1:30 p.m.
15   _____
16
17
18
19
20
21
22
23
24
25
                                                      Page 1
```

Exhibit 1

```
 1                    A P P E A R A N C E S
 2
 3      ON BEHALF OF THE DEFENDANTS:
 4           STUART JACKSON, ESQUIRE
             WRIGHT, LINDSEY & JENNINGS
 5           200 WEST CAPITOL AVENUE, SUITE 2300
             LITTLE ROCK, AR   72201
 6           501-371-0808
             WJACKSON@WLJ.COM
 7
 8
        ON BEHALF OF THE PLAINTIFF:
 9
             APRIL RHEAUME, ESQUIRE
10           SANFORD LAW FIRM, PLLC
             10800 FINANCIAL CENTRE PARKWAY, SUITE 510
11           LITTLE ROCK, AR   72211
             501-221-00
12           APRIL@SANFORDLAW.COM
13
14
        ALSO IN APPEARANCE:
15
             HOLLY JOHNSON, VIDEOGRAPHER
16           MEGAN KING, VERITEXT
17           GAYLE FAGETTI, DEFENDANT
             PAT MCCARVER, DEFENDANT
18
19
20
21
22
23
24
25
                                                    Page 2
```

I N D E X

STYLE AND NUMBER. . . . . . . . . . . . . . . . . . . . 1
APPEARANCES. . . . . . . . . . . . . . . . . . . . . . .2
STIPULATION. . . . . . . . . . . . . . . . . . . . . . .4
PROCEEDINGS. . . . . . . . . . . . . . . . . . . . . . .5
COURT REPORTER'S CERTIFICATE. . . . . . . . . . . . . . 8

EXHIBITS IDENTIFIED

(None Marked)

```
 1                    S T I P U L A T I O N S
 2        IT IS HEREBY AGREED AND STIPULATED by the parties in
 3   the above cause, through their attorneys of record, that
 4   the testimony given commencing on February 15, 2022, at
 5   1:30 p.m., before Cris M. Brasuell, CCR, pursuant to the
 6   terms and provisions of the Federal Rules for use as
 7   permitted by the Rules shall be transcribed by the
 8   reporter.
 9        WHEREUPON, there being no further stipulations, the
10   following proceedings were had and done, to wit:
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                       Page 4
```

```
 1                    P R O C E E D I N G S
 2           MR. JACKSON:  Okay.  This is Stuart
 3   Jackson.  I'm with Wright, Lindsey, and
 4   Jennings, and I represent the defendants.
 5           And, April, tell me if I get this wrong.
 6   I understand that Ms. O'Dell is in the hospital
 7   with her father and had originally planned to
 8   attend by video link from the hospital.
 9   There's some sort of issue; it's not working.
10           So we are rescheduling this deposition
11   until 1:30 tomorrow afternoon.
12           MS. RHEAUME:  That is almost precise.  My
13   client intended to be home in time to have a
14   good connection but is unable to do it from the
15   hospital, which would have been a backup,
16   because she did not expect to be there.
17           MR. JACKSON:  Let me ask you this, April.
18   I mean, is it like a matter of like 30 minutes
19   that she could -- or is it kind of an
20   all-afternoon thing that is going to keep her
21   out?
22           MS. RHEAUME:  She does not know,
23   unfortunately.  Which is why she's arranging
24   tomorrow for her not to be the person who is
25   going to be there.
```

Page 5

```
 1              MR. JACKSON:  Okay.
 2              I mean, how far is she from the hospital?
 3    Do you have a sense?  I mean, I think that --
 4              MS. RHEAUME:  I -- no.  I didn't ask.  I
 5    can probably find out, but I don't know.
 6              MR. JACKSON:  So, if y'all would, please
 7    verify the availability of the camera and video
 8    and all that.
 9              You know, like I said, a Zoom video
10    without -- or a Zoom deposition without Zoom is
11    like a phone, glorified phone deposition.
12              And I'd rather -- if we can't do it in
13    person -- I certainly get why that is.  I mean,
14    I totally get that.
15              But, if we can't do it in person, I do
16    want to have video of the deposition.
17              MS. RHEAUME:  Yes.  And we want to do the
18    video deposition.  So I just apologize.  This
19    was unexpected.
20              MR. JACKSON:  Okay.  Well, those kind of
21    things happen.
22              That's all I have to say for the record.
23              April, anything to close out?
24              MS. RHEAUME:  No.  I think that's
25    everything for me too on behalf of the
```

Page 6

1  plaintiff.
2         (WHEREUPON, the proceedings were concluded
3  in the matter at 1:35 p.m.)
4              * * * * * * * *
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

```
 1                    C E R T I F I C A T E

 2  STATE OF ARKANSAS   )
                        )
 3  COUNTY OF PULASKI   )

 4       I, CRIS M. BRASUELL, Certified Court Reporter and
    Notary Public do hereby certify the proceedings which
 5  appear in the foregoing pages are the proceedings taken
    by me verbatim through the use of the voice-writing
 6  method and was thereafter reduced to typewritten form
    under my supervision; that the foregoing pages contain a
 7  true and correct record of the testimony given held to
    the best of my ability, along with all items of evidence
 8  admitted hereto.

 9       I FURTHER CERTIFY, that I am not a relative or
    employee of any attorney or employed by the parties
10  hereto, nor financially interested or otherwise, in the
    outcome of this action, and that I have no contract with
11  any parties within this action that effects or has a
    substantial tendency to affect impartiality, that
12  requires me to relinquish control of an original
    transcript or copies of the transcript before it is
13  certified and delivered to the custodial attorney, or
    that requires me to provide any service not made
14  available to all parties in the action.

15

16       WITNESS MY HAND AND SEAL this 15th day of February,

17  2022.

18
                                 Cris M. Brasuell
19
                                 ─────────────────────────
20                               CRIS M. BRASUELL, CCR
                                 Arkansas State Supreme Court
21                               Certified Court Reporter No. 742
22

23
                                 CRIS M. BRASUELL
24  My Commission Expires:       MY COMMISSION # 12383592
    August 16, 2031              EXPIRES: August 16, 2031
25                               Pulaski County
```

[& - impartiality]

| & | | | |
|---|---|---|---|
| **&** | admitted 8:8 | certify 8:4,9 | exhibits 3:8 |
| & 2:4 | affect 8:11 | client 5:13 | expect 5:16 |
| **1** | afternoon 5:11,20 | close 6:23 | expires 8:24 |
| 1 3:2 | agreed 4:2 | commencing 4:4 | **f** |
| 10800 2:10 | al 1:8 | commission 8:24 | f 8:1 |
| 15 1:14 4:4 | apologize 6:18 | concluded 7:2 | fagetti 2:17 |
| 15th 8:16 | appear 8:5 | connection 5:14 | far 6:2 |
| 16 8:24 | appearance 2:14 | contain 8:6 | father 5:7 |
| 1:30 1:14 4:5 5:11 | appearances 3:3 | contract 8:10 | february 1:14 4:4 8:16 |
| 1:35 7:3 | april 2:9,12 5:5,17 6:23 | control 8:12 | federal 4:6 |
| **2** | ar 2:5,11 | copies 8:12 | financial 2:10 |
| 2 3:3 | arkansas 1:1 8:2 8:21 | correct 8:7 | financially 8:10 |
| 200 2:5 | arranging 5:23 | county 8:3 | find 6:5 |
| 2022 1:14 4:4 8:17 | attend 5:8 | court 1:1 3:6 8:4 8:21,21 | firm 2:10 |
| 2031 8:24 | attorney 8:9,13 | cris 4:5 8:4,20 | following 4:10 |
| 2300 2:5 | attorneys 4:3 | custodial 8:13 | foregoing 8:5,6 |
| 260 1:6 | august 8:24 | cv 1:6 | form 8:6 |
| **3** | availability 6:7 | **d** | further 4:9 8:9 |
| 30 5:18 | available 8:14 | d 3:1 5:1 | **g** |
| **4** | avenue 2:5 | day 8:16 | g 5:1 |
| 4 3:4 | **b** | defendant 2:17,17 | gayle 2:17 |
| 4:21 1:6 | backup 5:15 | defendants 1:8 2:3 5:4 | given 4:4 8:7 |
| **5** | behalf 2:3,8 6:25 | delivered 8:13 | glorified 6:11 |
| 5 3:5 | best 8:7 | deposition 5:10 6:10,11,16,18 | going 5:20,25 |
| 501-221-00 2:11 | brasuell 4:5 8:4,20 | district 1:1,1 | good 5:14 |
| 501-371-0808 2:6 | **c** | division 1:2 | **h** |
| 510 2:10 | c 2:1 5:1 8:1,1 | **e** | hand 8:16 |
| **7** | camera 6:7 | e 2:1,1 3:1 5:1,1 8:1,1 | happen 6:21 |
| 72201 2:5 | capitol 2:5 | eastern 1:1 | held 8:7 |
| 72211 2:11 | case 1:6 | effects 8:11 | hereto 8:8,10 |
| 742 8:21 | cause 4:3 | employed 8:9 | holly 2:15 |
| **8** | ccr 4:5 8:20 | employee 8:9 | home 5:13 |
| 8 3:6 | central 1:2 | esquire 2:4,9 | hospital 5:6,8,15 6:2 |
| **a** | centre 2:10 | et 1:8 | **i** |
| ability 8:7 | certainly 6:13 | evidence 8:7 | identified 3:8 |
| action 8:10,11,14 | certificate 3:6 | | impartiality 8:11 |
| | certified 8:4,13,21 | | |

[intended - working]

| | | | |
|---|---|---|---|
| intended 5:13 | number 3:2 | record 4:3 6:22 8:7 | tendency 8:11 |
| interested 8:10 | **o** | reduced 8:6 | terms 4:6 |
| issue 5:9 | o 4:1 5:1 | relative 8:9 | testimony 4:4 8:7 |
| items 8:7 | o'dell 1:4,13 5:6 | relinquish 8:12 | thing 5:20 |
| **j** | okay 5:2 6:1,20 | reporter 4:8 8:4 8:21 | things 6:21 |
| jackson 2:4 5:2,3 5:17 6:1,6,20 | original 8:12 | reporter's 3:6 | think 6:3,24 |
| jana 1:4,13 | originally 5:7 | represent 5:4 | time 5:13 |
| jennings 2:4 5:4 | outcome 8:10 | requires 8:12,13 | tomorrow 5:11,24 |
| johnson 2:15 | **p** | rescheduling 5:10 | totally 6:14 |
| **k** | p 2:1,1 4:1 5:1 | rheaume 2:9 5:12 5:22 6:4,17,24 | transcribed 4:7 |
| keep 5:20 | p.m. 1:14 4:5 7:3 | rock 2:5,11 | transcript 8:12,12 |
| kind 5:19 6:20 | pages 8:5,6 | rules 4:6,7 | true 8:7 |
| king 2:16 | parkway 2:10 | **s** | typewritten 8:6 |
| know 5:22 6:5,9 | parties 4:2 8:9,11 8:14 | s 2:1 4:1,1 5:1 | **u** |
| **l** | pat 2:17 | sanford 2:10 | u 4:1 |
| l 4:1 | permitted 4:7 | sanfordlaw.com 2:12 | unable 5:14 |
| law 2:10 | person 5:24 6:13 6:15 | seal 8:16 | understand 5:6 |
| lindsey 2:4 5:3 | phone 6:11,11 | sense 6:3 | unexpected 6:19 |
| link 5:8 | plaintiff 1:4 2:8 7:1 | service 8:13 | unfortunately 5:23 |
| little 2:5,11 | planned 5:7 | sort 5:9 | united 1:1 |
| llc 1:8 | please 6:6 | state 8:2,21 | use 4:6 8:5 |
| lpr 1:6 | pllc 2:10 | states 1:1 | **v** |
| **m** | precise 5:12 | stipulated 4:2 | v 1:6 |
| m 4:5 8:4,20 | probably 6:5 | stipulation 3:4 | verbatim 8:5 |
| marked 3:9 | proceedings 3:5 4:10 7:2 8:4,5 | stipulations 4:9 | verify 6:7 |
| matter 5:18 7:3 | provide 8:13 | stuart 2:4 5:2 | veritext 2:16 |
| mccarver 2:17 | provisions 4:6 | style 3:2 | video 5:8 6:7,9,16 6:18 |
| mean 5:18 6:2,3 6:13 | public 8:4 | substantial 8:11 | videographer 2:15 |
| megan 2:16 | pulaski 8:3 | suite 2:5,10 | voice 8:5 |
| method 8:6 | pursuant 4:5 | supervision 8:6 | **w** |
| minutes 5:18 | **q** | supreme 8:21 | want 6:16,17 |
| **n** | qualscript 1:8 | **t** | west 2:5 |
| n 2:1 3:1 4:1 5:1 | **r** | t 4:1,1 8:1,1 | wit 4:10 |
| nonappearance 1:12 | r 2:1 5:1 8:1 | taken 8:5 | witness 8:16 |
| notary 8:4 | | tell 5:5 | wjackson 2:6 |
| | | | wlj.com 2:6 |
| | | | working 5:9 |

[wright - zoom]

| | |
|---|---|
| wright | 2:4 5:3 |
| writing | 8:5 |
| wrong | 5:5 |
| **x** | |
| x | 3:1 |
| **y** | |
| y'all | 6:6 |
| **z** | |
| zoom | 1:12 6:9,10 6:10 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANA O'DELL, Individually and on  PLAINTIFF
Behalf of All Others Similarly Situated

VS.  NO. 4:21-CV-260-LPR

QUALSCRIPT, LLC, GAYLE FAGGETTI  DEFENDANTS
and PAT McCARVER

## ITEMIZED BILL OF COSTS

| Date | Description | Cost |
|---|---|---|
| 2/28/22 | Deposition of Jana O'Dell – Court Reporter Fee | $347.80[1] |
| 3/5/22 | Deposition of Jana O'Dell – Video Service Fee | $250.00 |
| 3/6/22 | Deposition of Jana O'Dell – Transcript Copy Fee | $715.90 |
| 3/10/22 | Deposition of Jana O'Dell – Video Copy Fee | $375.00 |
| 4/7/22 | Deposition of Gayle Faggetti – Transcript Copy Fee | $67.60[2] |

**Grand Total:  $1,756.30**

---

[1] Ms. O'Dell was unable to appear for her deposition on the original date and time agreed to by counsel, and her counsel did not alert defense counsel about her inability to appear until the set time for the deposition.

[2] Defendants were charged $135.20 for Ms. Faggetti's deposition transcript. However, the deposition was taken in the instant case as well as a related action, *Wolfe v. Qualscript, et al.,* Case No. 4:21-CV-774-LPR (E.D. Ark.). Therefore, defendants are only seeking reimbursement for half of the cost related to Ms. Faggetti's deposition transcript in this case.

2867039-v1

Exhibit 2

*18656-79721*

## Bushman Reporting, A Veritext Company
Tel. 800-556-8974 Email: Cs-ar@veritext.com
Fed. Tax ID: 20-3132569



| | | Invoice #: | 5605761 |
|---|---|---|---|
| Bill To: | Stuart Jackson<br>Wright Lindsey & Jennings LLP<br>200 W Capitol Ave<br>Ste 2300<br>Little Rock, AR, 72201-3605 | Invoice Date:<br>Balance Due: | 2/28/2022<br>$347.80 |

**Case: O'dell, Jana v. Qualscript, LLC, Et Al. (4:21CV260LPR)**   **Proceeding Type: Depositions**

Job #: 5086923  |  Job Date: 2/15/2022  |  Delivery: Normal
Location:         Little Rock, AR
Billing Atty:     Stuart Jackson
Scheduling Atty:  Stuart Jackson | Wright Lindsey & Jennings LLP

| Witness: Jana O'Dell | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 13.00 | $137.80 |
| Veritext Virtual Primary Participants | 2.00 | $50.00 |
| Litigation Package-Secure File Suite | 1.00 | $35.00 |
| Exhibit Share | 1.00 | $25.00 |
| | Quantity | Amount |
| Attendance (First 2 Hours) | 1.00 | $100.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $347.80 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $347.80 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information


AP27729

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #:<br>Invoice Date:<br>Balance Due: | 5605761<br>2/28/2022<br>$347.80 |
|---|---|---|---|

2678

Exhibit 3

18656-79721   WSS

## Bushman Reporting, A Veritext Company

Tel. 800-556-8974 Email: Cs-ar@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Stuart Jackson<br>Wright Lindsey & Jennings LLP<br>200 W Capitol Ave<br>Ste 2300<br>Little Rock, AR, 72201-3605 | | |
|---|---|---|---|
| | | Invoice #: | 5623145 |
| | | Invoice Date: | 3/5/2022 |
| | | Balance Due: | $250.00 |

**Case: O'dell, Jana v. Qualscript, LLC, Et Al. (4:21CV260LPR)**   **Proceeding Type: Depositions**

Job #: 5086923  |  Job Date: 2/15/2022  |  Delivery: Normal

Location:         Little Rock, AR
Billing Atty:     Stuart Jackson
Scheduling Atty:  Stuart Jackson | Wright Lindsey & Jennings LLP

| Witness: Jana O'Dell | Quantity | Amount |
|---|---|---|
| Video - Initial Services | 1.00 | $125.00 |
| Video - Additional Hours | 1.00 | $125.00 |
| Notes: | Invoice Total: | $250.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $250.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5623145 |
|---|---|---|---|
| | | Invoice Date: | 3/5/2022 |
| | | Balance Due: | $250.00 |

2678

## Bushman Reporting, A Veritext Company

Tel. 800-556-8974  Email: Cs-ar@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Stuart Jackson<br>Wright Lindsey & Jennings LLP<br>200 W Capitol Ave<br>Ste 2300<br>Little Rock, AR, 72201-3605 |
|---|---|

| Invoice #: | 5623489 |
|---|---|
| Invoice Date: | 3/6/2022 |
| Balance Due: | $715.90 |

**Case:** O'dell, Jana v. Qualscript, LLC, Et Al. (4:21CV260LPR)   **Proceeding Type:** Depositions

Job #: 5094468   |   Job Date: 2/16/2022   |   Delivery: Normal

Location:           Little Rock, AR
Billing Atty:       Stuart Jackson
Scheduling Atty:    Stuart Jackson | Wright Lindsey & Jennings LLP

| Witness: Jana O'Dell | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 103.00 | $545.90 |
| Litigation Package-Secure File Suite | 1.00 | $35.00 |

| | Quantity | Amount |
|---|---|---|
| Attendance (Add'l Hours) | 1.00 | $35.00 |
| Attendance (First 2 Hours) | 1.00 | $100.00 |

Notes:

| Invoice Total: | $715.90 |
|---|---|
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $715.90 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454  ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: 5623489<br>Invoice Date: 3/6/2022<br>Balance Due: $715.90 |
|---|---|---|

2678

18656- 79721

**Bushman Reporting, A Veritext Company**
Tel. 800-556-8974 Email: Cs-ar@veritext.com
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

Bill To: Stuart Jackson
Wright Lindsey & Jennings LLP
200 W Capitol Ave
Ste 2300
Little Rock, AR, 72201-3605

| | |
|---|---|
| Invoice #: | 5631418 |
| Invoice Date: | 3/10/2022 |
| Balance Due: | $375.00 |

**Case:** O'dell, Jana v. Qualscript, LLC, Et Al. (4:21CV260LPR)     **Proceeding Type:** Depositions

Job #: 5094468   |   Job Date: 2/16/2022   |   Delivery: Normal
Location: Little Rock, AR
Billing Atty: Stuart Jackson
Scheduling Atty: Stuart Jackson | Wright Lindsey & Jennings LLP

| Witness: Jana O'Dell | Quantity | Amount |
|---|---|---|
| Video - Initial Services | 1.00 | $125.00 |
| Video - Additional Hours | 2.00 | $250.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $375.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $375.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: 5631418<br>Invoice Date: 3/10/2022<br>Balance Due: $375.00 |
|---|---|---|

2678

**Bushman Reporting, A Veritext Company**
Tel. 800-556-8974 Email: Cs-ar@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: | Stuart Jackson |
| | Wright Lindsey & Jennings LLP |
| | 200 West Capitol |
| | Ste 2300 |
| | Little Rock, AR, 72201-3605 |

| | |
|---|---|
| Invoice #: | 5687351 |
| Invoice Date: | 4/1/2022 |
| Balance Due: | $135.20 |

**Case: JANA O'DELL v. QUALSCRIPT, LLC, GAYLE FAGGETTI AND PAT MCCARVER (4:21cv260LPR)**        **Proceeding Type: Depositions**

Job #: 5126833   |   Job Date: 3/10/2022   |   Delivery: Normal

Location:

Billing Atty:   Stuart Jackson

Scheduling Atty:   Josh Sanford | Sanford Law Firm PLLC

**Witness: Gayle Faggetti**

| Description | Quantity | Amount |
|---|---:|---:|
| Certified Transcript | 58.00 | $95.70 |
| Exhibits | 18.00 | $4.50 |
| Litigation Package-Secure File Suite | 1.00 | $35.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $135.20 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $135.20 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice #: | 5687351 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Invoice Date: | 4/1/2022 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | Balance Due: | $135.20 |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |